**No. 10-760. Madeline Weishuhn, Petitioner v. Catholic Diocese of Lansing, et al.**

565 U.S. 1155, 132 S. Ct. 1088, 181 L. Ed. 2d 976, 2012 U.S. LEXIS 865.

January 17, 2012. Petition for writ of certiorari to the Court of Appeals of Michigan denied.

Same case below, 287 Mich. App. 211, 787 N.W.2d 513.

**No. 10-769. Monica Maria Skrzypczak, Petitioner v. Roman Catholic Diocese of Tulsa, et al.**

565 U.S. 1155, 132 S. Ct. 1088, 181 L. Ed. 2d 976, 2012 U.S. LEXIS 780.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 611 F.3d 1238.

**No. 10-1488. Todd Jason Derry, Petitioner v. Florida.**

565 U.S. 1155, 132 S. Ct. 1089, 181 L. Ed. 2d 976, 2012 U.S. LEXIS 761.

January 17, 2012. Petition for writ of certiorari to the District Court of Appeal of Florida, Second District, denied.

Same case below, 56 So. 3d 774.

**No. 10-8952. Cyril Innis, Petitioner v. Kenneth S. Tucker, Secretary, Florida Department of Corrections, et al.**

565 U.S. 1155, 132 S. Ct. 1135, 181 L. Ed. 2d 976, 2012 U.S. LEXIS 724.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-11180. Christela Neal, Petitioner v. Ford Motor Company.**

565 U.S. 1156, 132 S. Ct. 1089, 181 L. Ed. 2d 976, 2012 U.S. LEXIS 839,

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-11209. Lucio Mora-Tarula, Petitioner v. United States.**

565 U.S. 1156, 132 S. Ct. 1089, 181 L. Ed. 2d 976, 2012 U.S. LEXIS 750.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 415 Fed. Appx. 813.

**No. 11-84. Michelle Alvis, et al., Petitioners v. Kathleen Espinosa, Individually and as Personal Representative of the Estate of Decedent Asa Sullivan, et al.**

565 U.S. 1156, 132 S. Ct. 1089, 181 L. Ed. 2d 976, 2012 U.S. LEXIS 867.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 598 F.3d 528.